# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**JOAN A. LENARD**
**DISTRICT JUDGE**

July 3, 2006

**RECEIVED**
2006 JUL -5 A 10: 15
FINANCIAL DISCLOSURE OFFICE

**VIA FEDERAL EXPRESS**
**Tracking Number: 8508 5761 4581**

Committee on Financial Disclosure
Administrative Office of the
 United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:    Calendar Year 2005 Filing

Dear Committee:

In response to your June 20, 2006 inquiry, I inadvertently omitted the information regarding "Neuberger & Berman Technology Fund" after experiencing a computer glitch which required the re-insertion of all information.

Therefore, please accept the following as a supplement to my 2005 Financial Disclosure Report:

| A | | B | | C | D |
|---|---|---|---|---|---|
| Neuberger & Berman Century Fund | (1) | (2) None | (1) | (2) T | (1) previously Neuberger & Berman Technology Fund |

In addition, please apply my May 2, 2006 redaction request to this submission.

Thank you for your assistance in these regards.

Sincerely,



Joan A. Lenard
United States District Judge

JAL/dp

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5·U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  LENARD,, JOAN A | 2. Court or Organization  DISTRICT CT.-SOUTHERN FL | 3. Date of Report  04/29/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S.DISTRICT JUDGE-ACTIVE | 5a. Report Type (check appropriate type)  ☐ Nomination,  Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005  to  12/31/2005 |
| 7. Chambers or Office Address  301 NORTH MIAMI AVENUE 7TH FLR  MIAMI,FL 33128 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1996 | STATE OF FLORIDA RETIREMENT PLAN (VESTED) |
| 2. 1996 | STATE OF FLORIDA DEFERRED COMPENSATION ACCOUNT |
| 3. | |

RECEIVED MAY 3 10 47 AM '06 FINANCIAL DISCLOSURE

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 04/29/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | ▉▉▉FACULTY▉▉▉▉▉▉▉▉ |
| 2. 2005 | ▉▉▉▉▉▉▉▉▉▉▉▉ |
| 3. 2005 | ▉▉ATTORNEY▉▉▉▉ |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 04/29/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. ███ SCHOOLS | ███ TUITION AND EXPENSES | ██ |
| 2. MARION COUNTY | VACANT LAND | ██ |
| 3. STD LIFE,SKYLAKE BK,COLONIAL BK | WAREHOUSE PROPERTIES | ██ |
| 4. NATIONSBK,AMRESCO | VACANT LAND/OUTPARCELS | ██ |
| 5. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | LENARD,, JOAN A | 04/29/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WACHOVIA BANK #1 | | Interest | | T | | | | | |
| 2. WACHOVIA BANK #2 | | Interest | | T | | | | | |
| 3. WACHOVIA BANK #3 | | Interest | | T | | | | | |
| 4. WACHOVIA BANK #4 | | Interest | | T | | | | | |
| 5. BANK ATLANTIC | | Interest | | T | | | | | |
| 6. SOUTHTRUST # 1(NOW WACHOVIA BANK # 3) | | Interest | | | | | | | |
| 7. SOUTHTRUST # 2(NOW WACHOVIA # 4) | | Interest | | | | | | | |
| 8. COLONIAL BANK | | Interest | | T | | | | | |
| 9. FIRST SOUTHERN BANK (X) | | Interest | | T | | | | | |
| 10. VANGUARDPRIME MONEY MARKET FUND | | Dividend | | T | | | | | |
| 11. VANGUARD TAX-EXEMPT MONEY MARKET FUND | | Dividend | | T | | | | | |
| 12. VANGUARD FLORIDA INSURED LONG TERM TAX-EXMPT FUND | | Dividend | | T | | | | | |
| 13. VANGUARD HIGH YIELD TAX-EXEMPT FUND | | Dividend | | T | | | | | |
| 14. NORTHEAST INV. TRUST | | Dividend | | T | | | | | |
| 15. STOCKS/SECURITIES | | | | | | | | | |
| 16. DETROIT EDISON-COMMON | | Dividend | | T | | | | | |
| 17. NI SOURCE-COMMON | | Dividend | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | | |
| | Q –Appraisal | V –Other | S –Assessment | T –Cash Market | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 04/29/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GYRODYNE CO'S.-COMMON | | None | | T | | | | | |
| 19. AT&T-COMMON | | Dividend | | T | | | | | |
| 20. AGERE SYSTEMS-COMMON | | None | | T | | | | | |
| 21. AVAYA-COMMON | | None | | T | | | | | |
| 22. BELLSOUTH CORP.-COMMON | | Dividend | | T | | | | | |
| 23. BOEING-COMMON | | Dividend | | T | | | | | |
| 24. CHARTER COMM.-COMMON | | None | | T | | | | | |
| 25. CMS ENERGY-COMMON | | None | | T | | | | | |
| 26. CONS. EDISON-COMMON | | Dividend | | T | | | | | |
| 27. CTRYWIDE FINANCIAL CORP.-COMMON | | Dividend | | T | | | | | |
| 28. CHEMTURA CORP.(FORMERLY CROMPTON CORP).-COMMON | | Dividend | | T | ▬▬ | | | | |
| 29. DYNEGY ENERGY COMMON | | None | | T | | | | | |
| 30. DUFF & PHELEPS-COMMON | | Dividend | | T | | | | | |
| 31. FPL CORP.-COMMON | | Dividend | | T | | | | | |
| 32. INTEL CORP.-COMMON | | Dividend | | T | | | | | |
| 33. LUCENT TECH.-COMMON | | None | | T | | | | | |
| 34. KEYSPAN CORP.-COMMON | | Dividend | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NOKIA CORP.-COMMON | | Dividend | | T | | | | | |
| 36. SCHRNG PLGH-COMMON | | Dividend | | T | | | | | |
| 37. SUN MICROSYSTEMS,INC.-COMMON | | None | | T | | | | | |
| 38. VODAPHONE-COMMON | | Dividend | | T | | | | | |
| 39. VERIZON COMM.-COMMON | | Dividend | | T | | | | | |
| 40. ENTERGY CORP.-COMMON | | Dividend | | T | | | | | |
| 41. SBC COMMUN.-COMMON(MERGED WITH AT&T) | | Dividend | | T | | | | | |
| 42. QUEST COMM.-COMMON | | None | | T | | | | | |
| 43. AT&T-COMMON | | Dividend | | T | | | | | |
| 44. CISCO-COMMON | | None | | T | | | | | |
| 45. ORACLE-COMMON | | None | | T | | | | | |
| 46. BANK ATLANTIC-COMMON | | Dividend | | T | | | | | |
| 47. BLACKROCK FL MUNICIPAL FUND | | Interest | | T | | | | | |
| 48. SPANISH BROADCASTING SYSTEM-COMMON | | None | | T | | | | | |
| 49. COMCAST CORP.-COMMON | | None | | T | | | | | |
| 50. LEVITT CORP.-COMMON | | Dividend | | T | | | | | |
| 51. BFC FINANCIAL CORP.-COMMON | | None | | T | | | | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | | |
| (See Column C2) | Q –Appraisal | V –Other | S –Assessment | T –Cash Market | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 04/29/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. INVESTMENT PROJECTS | | | | | | | | | |
| 53. PALISADES BSEBLL,CA | | None | | U | | | | | |
| 54. FORTY-ONE SIXTY,LTD. | | None | | U | | | | | |
| 55. SWEETWATER,LTD.FL | | None | | U | | | | | |
| 56. PIER ONE IMPT/,FL | | Rent | | U | | | | | |
| 57. COMM'L DEVLP/LEHMN,FL | | Rent | | U | | | | | |
| 58. COMM'L DEVLP/PROJ84,FL | | Rent | | | | | | | |
| 59. COMM'L DEVLP/CRNVL,FL | | Rent | | | | | | | |
| 60. NMB CMMRC CTR.LLC,FL | | Rent | | U | | | | | |
| 61. SELECT FUNDING ASSOC.,FL | | Interest | | T | | | | | |
| 62. SELECT/PEABODY,MA | | Rent | | U | | | | | |
| 63. SELECT ATTLEB.,FL | | Rent | | U | | | | | |
| 64. RETIREMENT ACCOUNTS | | | | | | | | | |
| 65. OPPENHEIMER FUNDS:M/MF # 1 | | Interest | | T | | | | | |
| 66. OPPENHEIMER FUNDS:GNMA # 2 | | Dividend | | T | | | | | |
| 67. EVERGREEN FUND | | None | | T | | | | | |
| 68. EVERGREEN EQUITY INCOME FUND | | None | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 04/29/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FEDERATED KAUFMANN FUND | | None | | T | | | | | |
| 70. FIDELITY (IRA) | | Interest | | T | | | | | |
| 71. GENERAL ELECTRIC-COMMON | | Dividend | | T | | | | | |
| 72. FL-DEF. BEN.PNSN.(VESTED) | | None | | W | | | | | |
| 73. FL-DEFFERR.COMP.PLN | | Interest | | T | | | | | |
| 74. ICMA-401 PENSION | | Interest | | T | | | | | |
| 75. ICMA-457 DEF.COMP. | | Interest | | T | | | | | |
| 76. FIDELITY ANNUITY | | None | | T | | | | | |
| 77. OPPENHEIMER FDS:M/MF #1 | | Interest | | T | | | | | |
| 78. OPPENHEIMER FDS:GMMA #2 | | Dividend | | T | | | | | |
| 79. FIDELITY CASH RES. | | Interest | | T | | | | | |
| 80. CROMPTON CORP.-COMMON | | Dividend | | T | | | | | |
| 81. ENTERGY CORP.-COMMON | | Dividend | | T | | | | | |
| 82. LUCENT TECH.-COMMON | | None | | T | | | | | |
| 83. EDISON INT.-COMMON | | None | | T | | | | | |
| 84. UNISOURCE-COMMON | | Dividend | | T | | | | | |
| 85. CISCO-COMMON | | None | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | | |
| | Q –Appraisal | V –Other | S –Assessment | T –Cash Market | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 04/29/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior discl | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of osure buyer/seller (if private transaction) |
| 86. HEWLETT-PACKARD- COMMON | | Dividend | | T | | | | | |
| 87. GENERAL ELECTRIC-COMMON | | Dividend | | T | | | | | |
| 88. OTHER ACCOUNTS | | | | | | | | | |
| 89. CON.EDISON-COMMON | | Dividend | | T | | | | | |
| 90. WENDY'S-COMMON | | Dividend | | T | | | | | |
| 91. BERGER INFORMATION TECH FUND | | None | | T | | | | | |
| 92. BERGER MID CAP GROWTH FUND | | None | | T | | | | | |
| 93. BERGER SMALL COMPANY GROWTH FUND | | None | | T | | | | | |
| 94. BERGER GROWTH FUND | | Dividend | | T | | | | | |
| 95. BERGER LARGE CAP GROWTH FUND | | Dividend | | T | | | | | |
| 96. JANUS FUND | | None | | T | | | | | |
| 97. JANUS TWENTY FUND | | Dividend | | T | | | | | |
| 98. AMERICAN CENTURY GROWTH FUND | | None | | T | | | | | |
| 99. AMERICAN CENTURY GIFT TRUST | | None | | T | | | | | |
| 100. U.S.SAVINGS BONDS | | Interest | | T | | | | | |
| 101. ISRAEL SAVINGS BONDS | | Interest | | W | | | | | |
| 102. 3-FL PREPAID TUITION PLANS | | None | | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 04/29/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CHEMTURA CORP.(FORMERLY CROMPTON CORP.)-COMMON | | Dividend | | T | NAME CHANGE | 7/5 | | | |
| 104. NEUBERGER & BERMAN GUARDIAN FUND | | Dividend | | T | | | | | |
| 105. COCACOLA ENT.-COMMON | | Dividend | | T | | | | | |
| 106. AUTONATION-COMMON | | None | | T | | | | | |
| 107. BK ATLANTIC-COMMON | | Dividend | | T | | | | | |
| 108. VIACOM-COMMON | | None | | T | | | | | |
| 109. PRUDENTIAL EDUCATIONAL IRA'S | | | | | | | | | |
| 110. SELIGMAN COMMUNICATION & INFORMATION FUND | | None | | T | | | | | |
| 111. ALLIANCE TECHNOLOGY FUND | | None | | T | | | | | |
| 112. DAVIS FINANCIAL FUND | | None | | T | | | | | |
| 113. DAVIS N.Y. VENTURE FUND | | None | | T | | | | | |
| 114. DELL INC.-COMMON | | None | | T | | | | | |
| 115. SEMPRA ENERGY-COMMON | | Dividend | | T | | | | | |
| 116. CONSTELLATION ENERGY-COMMON | | Dividend | | T | | | | | |
| 117. DISNEY CORP.-COMMON | | Dividend | | T | | | | | |
| 118. BP AMOCO -COMMON | | Dividend | | T | | | | | |
| 119. CITIZENS COMM.-COMMON | | Dividend | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 04/29/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. DAIMLER CHRYSLER- COMMON | █ | Dividend | █ | T | | | | | |
| 121. EXELON CORP.-COMMON | | Dividend | | T | | | | | |
| 122. NORTHEAST UTILITIES-COMMON | | Dividend | | T | | | | | |
| 123. PG & E CORP.-COMMON | | None | | T | | | | | |
| 124. CISCO -COMMON | | None | | T | | | | | |
| 125. COMCAST-COMMON | | None | | T | | | | | |
| 126. PFIZER-COMMON | █ | Dividend | █ | T | █ | | | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| (See Column C2) | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 04/29/2006 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 04/29/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____   Date _May 2, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544